No. 76–1109. FOSTER GRANT CO., INC. *v.* ILLINOIS TOOL WORKS, INC. C. A. 7th Cir. Certiorari denied. ■

No. 76–1122. PARISI ET AL. *v.* LOUISIANA. Crim. Dist. Ct. of La., Parish of Orleans. Certiorari denied.

No. 76–1126. SHERIDAN *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. ■

No. 76–1130. DESALVATORE, AKA PIZZA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1141. GRIGSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ■

No. 76–1210. BALLESTRASSE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 76–1215. JACOBS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ■

No. 76–1239. SCHULTZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ■

No. 76–1240. WANEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■

No. 76–1245. ALBAUGH *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 76–1246. EMERSON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ■

No. 76–1257. CHRYSLER CREDIT CORP. *v.* MEYERS ET AL.; and
No. 76–1352. MEYERS *v.* CHRYSLER CREDIT CORP. ET AL. C. A. 5th Cir. Certiorari denied. ■